IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-71-D
No. 5:16-CV-331-D

JUAN SOTO,

            Petitioner,

      v.

UNITED STATES OF AMERICA,

            Respondent.

)
)
)
)
)
)
)
)
)
)

**ORDER**

The court DISMISSES WITHOUT PREJUDICE petitioner's motion for relief [D.E. 166]. Petitioner filed one unsuccessful motion under 28 U.S.C. § 2255 [D.E. 123] and has not received authorization from the United States Court of Appeals for the Fourth Circuit to file his latest motion. Thus, this court lacks jurisdiction to consider it. See, e.g., 28 U.S.C. § 2255(h); Gonzalez v. Crosby, 545 U.S. 524, 534 (2005); United States v. Byers, No. 25-6563, 2026 WL 867905, at *1 (4th Cir. Mar. 30, 2026) (per curiam) (unpublished); Bixby v. Stirling, 90 F.4th 140, 154–56 (4th Cir. 2024); United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003), abrogated on other grounds, United States v. McRae, 793 F.3d 392 (4th Cir. 2015).

SO ORDERED. This ⎯1⎯ day of April, 2026.

JAMES C. DEVER III
United States District Judge